UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
UNITED STATES OF AMERICA        :
                                :     **MOTION SCHEDULING ORDER**
v.                              :
                                :     23-CR-211-2 (PMH)
DONA TAYLOR-ALVERANGA           :
                  Defendant.    :
-------------------------------------------------------x

    In accordance with the parties' joint letter dated October 5, 2023 (Doc. 116), the Court sets the following briefing schedule for pretrial motions:

1. Defendant's motions, if any, shall be filed by December 18, 2023.

2. The government's opposition shall be filed by January 18, 2024.

3. Defendant's reply, if any, shall be filed by February 1, 2024.

4. Absent prior permission, sur-reply papers will not be accepted.

The Court encourages and appreciates brevity. Absent prior permission, memoranda of law in support of and in opposition to motions are limited to 25 pages, and reply memoranda are limited to 10 pages.

    Counsel shall submit a courtesy copy of all motion papers to Chambers.

    If an evidentiary hearing is requested, that request must be made by letter to accompany the courtesy copies delivered to Chambers. The letter should indicate whether the government consents to a hearing.

    Oral argument is scheduled for February 28, 2024 at 12:00 p.m. in Courtroom 520 of the White Plains Courthouse.

    At the last conference, time was excluded under the Speedy Trial Act in the interest of justice until April 1, 2024.

Dated: October 6, 2023

    White Plains, New York

SO ORDERED:

_____
Philip M. Halpern
United States District Judge