UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
United States Of America                :
                                        :
v.                                      :           **SCHEDULING ORDER**
                                        :
Dona Taylor - Alveranga**,**            :           7-23-cr-211 (PMH)
                    Defendants.         :
                                        :
-----------------------------------------------------------x

In light of Defendant's October 23, 2023 request (Doc. 121), a Change of Plea Hearing is scheduled for **December 11, 2024 at 3:30 p.m**. in Courtroom 520 at the White Plains Courthouse.

It is the responsibility of the Government to have the Defendant produced to Courtroom 520 of the White Plains Courthouse at that time.

Dated: White Plains, New York
       October 25, 2023

                                            SO ORDERED:

                                            _____
                                            Philip M. Halpern
                                            United States District Judge