# Federal Defenders
## OF NEW YORK, INC.

Southern District

Tamara Giwa
*Executive Director*

> Application granted.
>
> The Clerk of Court is respectfully directed to terminate the letter motion pending at Doc. 140.
>
> SO ORDERED.
>
> [signature]
>
> Philip M. Halpern
> United States District Judge
>
> Dated: White Plains, New York
> September 3, 2024

**BY ECF & EMAIL**

The Honorable Philip M. Halpern
United States District Judge
Southern District of New York
300 Quarropas Street
White Plains, New York 10601

Re:   *United States v. Dona Taylor-Alveranga*, S1 23-cr-211 (PMH)

Dear Honorable Judge Halpern:

     Ms. Taylor-Alveranga respectfully requests that his United States passport be released by Pre-Trial Services to my office so that we can arrange to return it to her in North Carolina.

     Ms. Taylor-Alveranga was released on conditions following her arrest on May 11, 2022. One of her release conditions required that she surrender her United States passport to Pre-Trial Services, which she did. Ms. Taylor-Alveranga was sentenced by Your Honor last week to 12-months of home confinement with two years of supervised release with conditions.

     In order to return the passport, Pre-Trial Services needs a court order, or, absent a court order, it will have to be returned to the Department of State. The government, through Assistant United States Attorney Steven Kochevar, does not object to this request. Therefore, I am respectfully requesting an order from this Court permitting the release of her passport to the Federal Defenders of New York, Inc. to arrange for its return to Ms. Taylor-Alveranga.

     Thank you for your time and consideration.

Sincerely,

[signature]

Elizabeth K. Quinn
Assistant Federal Defender
Counsel for Dona Taylor-Alveranga

cc: AUSA Steven Kochevar, Esq.